| AO 10<br>Rev. 1/2012 | **FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011** | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>DRAKE, JR., WALTER H. | 2. Court or Organization<br><br>U. S. BANKRUPTCY COURT, NORTHERN DISTRICT OF GEORGIA | 3. Date of Report<br><br>04/23/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>U. S. BANKRUPTCY JUDGE | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

UNITED STATES COURTHOUSE
POST OFFICE BOX 1408
NEWNAN, GEORGIA 30264-1408

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisor | Southeastern Bankruptcy Law Institute, Atlanta, Georgia |
| 2. | Member, Board of Trustees | Mercer University, Macon, Georgia |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DRAKE, JR., WALTER H. | 04/23/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Southeastern Bankruptcy Law Institute | 2011 | Atlanta, Georgia | Annual Seminar | Food and lodging ▓▓ to attend annual Seminar of the Southeastern Bankruptcy Law Institute in Atlanta, GA and to |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DRAKE, JR., WALTER H. | 04/23/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DRAKE, JR., WALTER H. | 04/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T | D | Dividend | M | T | | | | | |
| 2. Verizon Communications | C | Dividend | L | T | | | | | |
| 3. Vodafone Group PLC | B | Dividend | K | T | | | | | |
| 4. Duke Energy Corp. (formerly Duke Power) | C | Dividend | L | T | | | | | |
| 5. Bank of Coweta Account | A | Interest | K | T | | | | | |
| 6. Bank of Coweta Account | A | Interest | K | T | | | | | |
| 7. Exxon Mobil Corp. (f/k/a Exxon Corp.) | D | Dividend | N | T | | | | | |
| 8. Bristol Myers Squibb Co. | C | Dividend | L | T | | | | | |
| 9. Altria Group, Inc., f/k/a Philip Morris Cos. Inc. | B | Dividend | K | T | | | | | |
| 10. Coca Cola Co. | D | Dividend | N | T | Buy | 9/12/11 | K | | |
| 11. | | | | | Donated (part) | 6/8/11 | N | | See Part VIII |
| 12. BB&T Corporation | C | Dividend | M | T | | | | | |
| 13. Home Depot, Inc. | C | Dividend | M | T | Buy | 8/10/11 | K | | |
| 14. Altria Group, Inc., f/k/a Philip Morris Cos. Inc. | A | Dividend | J | T | | | | | |
| 15. Coca Cola Co. | C | Dividend | M | T | Buy | 10/3/11 | K | | |
| 16. Duke Energy Corp (formerly Duke Power) | B | Dividend | L | T | | | | | |
| 17. Home Depot | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DRAKE, JR., WALTER H. | 04/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AT&T, Inc. | C | Dividend | L | T | | | | | |
| 19. Kraft Foods, Inc. | C | Dividend | M | T | Buy | 8/10/11 | K | | |
| 20. Kraft Foods, Inc. | B | Dividend | K | T | | | | | |
| 21. Spectra Energy Corp. | B | Dividend | K | T | | | | | |
| 22. Spectra Energy Corp. | B | Dividend | K | T | | | | | |
| 23. Philip Morris International | A | Dividend | K | T | | | | | |
| 24. Philip Morris International | C | Dividend | M | T | | | | | |
| 25. Charitable Remainder Unitrust #1 | B | Int./Div. | L | T | | | | | |
| 26. IRA #1 | | | | | | | | | |
| 27. -Blackrock Global | C | Int./Div. | N | T | | | | | |
| 28. -FIA Card Services NA RASP | | | | | | | | | |
| 29. Series I U.S. Savings Bonds | C | Interest | L | T | | | | | |
| 30. Series I U.S. Savings Bonds | C | Interest | L | T | | | | | |
| 31. Charitable Remainder Annuity Trust #1 | A | Int./Div. | K | T | | | | | |
| 32. Charitale Remainder Annuity Trust #2 | | None | K | T | | | | | See Part VIII |
| 33. Charitable Remainder Unitrust #2 | A | Int./Div. | K | T | | | | | |
| 34. Qualified Charitable Gift Annuity No. 1 | B | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DRAKE, JR., WALTER H. | 04/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Caterpillar, Inc. | A | Dividend | | | Donated | 6/8/11 | L | | See Part VII |
| 36. Johnson and Johnson | B | Dividend | L | T | | | | | |
| 37. Procter & Gamble Co. | C | Dividend | M | T | | | | | |
| 38. Southern Company | B | Dividend | K | T | | | | | |
| 39. McDonald's Corp. | C | Dividend | M | T | | | | | |
| 40. Walmart Store, Inc. | B | Dividend | L | T | | | | | |
| 41. Ivy Asset Strategy Fund | A | Dividend | K | T | | | | | |
| 42. MFS Global Total Return Fund Classic | B | Dividend | L | T | | | | | |
| 43. Blackrock Global Allocation Fund | B | Dividend | M | T | | | | | |
| 44. Janus Balanced | A | Dividend | K | T | | | | | |
| 45. Caterpillar Inc. Del | A | Dividend | K | T | | | | | |
| 46. Frontier Communications | A | Dividend | | | Sold | 9/12/11 | J | | |
| 47. General Mills | B | Dividend | K | T | Buy | 3/17/11 | K | | |
| 48. Johnson & Johnson | B | Dividend | K | T | | | | | |
| 49. Heinz HJ Co. | B | Dividend | K | T | Buy | 3/17/11 | K | | |
| 50. Royal KPN | A | Dividend | | T | Buy | 3/17/11 | K | | |
| 51. | | | | | Sold | 9/13/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DRAKE, JR., WALTER H. | 04/23/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Telefonica SA Spain | A | Dividend | | T | Buy | 3/17/11 | K | | |
| 53. | | | | | Sold | 9/12/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| DRAKE, JR., WALTER H. | 04/23/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART IV.  REIMBURSEMENTS . . . . Line 1.  participate in program.  April 14-16, 2011.

PART VII.  INVESTMENTS AND TRUSTS - Line 11.  Donated to Mercer University.

PART VII.  INVESTMENTS AND TRUSTS - Line 32.  No dividends received for the entire year.

PART VII. INVESTMENTS AND TRUSTS - Line 35.  Donated to Mercer University.

| Name of Person Reporting | Date of Report |
|---|---|
| DRAKE, JR., WALTER H. | 04/23/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **WALTER H. DRAKE, JR.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544